

**POULOS
LoPiccolo**

ATTORNEYS AT LAW

**MEMO ENDORSED**

---

**A Professional Corporation**

John N. Poulos⁺ ▪ poulos@pllawfirm.com
Joseph LoPiccolo⁺ ▪ lopiccolo@pllawfirm.com
Reuben Borman⁺* ▪ borman@pllawfirm.com
Anthony S. Almeida ▪ almeida@pllawfirm.com

*NJ & NY Bar
*FL

**Poulos LoPiccolo PC**
1305 South Roller Road
Ocean, NJ 07712
t. 800.757.2304
o. 732.757.0165
f. 732.358.0180

1460 Broadway
15th Floor, Suite 15003
New York, NY 10036
t. 800.757.2304
o. 646.931.0011
f. 732.358.0180

www.pllawfirm.com

*Granted*

SO ORDERED

LEWIS A. KAPLAN, USDJ

November 21, 2023

**VIA ECF**
Hon. Lewis A. Kaplan, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 21B
New Yor, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/24

Re:    **In re Customs and Tax Administration of the Kingdom of
       Denmark (SKAT) Tax Refund Litigation
       Master Docket No.: 1:18-md-02865-LAK-RWL**[1]

Dear Judge Kaplan:

My law firm represents individual Defendant, Matthew Tucci, and his associated pension
plans in the below footnoted twenty-seven (27) individual actions within this MDL (collectively
the "Tucci Defendants"). On today's date, my law firm will be filing a motion to withdraw as
counsel for the Tucci Defendants in all of these actions. In support of this motion, we will be filing
the Declaration of Joseph LoPiccolo, which contains sensitive recitations of communications
between myself and Mr. Tucci that are protected from disclosure by the attorney-client privilege
and/or attorney work-product doctrine.

Accordingly, I write to Your Honor at this time respectfully requesting the Court issue an
Order permitting my law firm to file the Declaration of Joseph LoPiccolo under

---

[1] This letter applies to the following actions: 1:18-cv-10028, 1:18-cv-10030, 1:18-cv-10031, 1:18-cv-
10032, 1:18-cv-10035, 1:18-cv-10036, 1:18-cv-10039, 1:18-cv-10049, 1:18-cv-10060, 1:18-cv-10061,
1:18-cv-10062, 1:18-cv-10063, 1:18-cv-10064, 1:18-cv-10065, 1:18-cv-10066, 1:18-cv-10069, 1:18-cv-
10070, 1:18-cv-10071, 1:18-cv-10073, 1:18-cv-10074, 1:18-cv-10076, 1:18-cv-10077, 1:18-cv-10080,
1:18-cv-10082, 1:18-cv-10083, 1:18-cv-10086 and 1:18-cv-10096.