**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MEMO ENDORSED**

In re

CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND LITIGATION,

This paper applies to:

1:18-cv-10028, 1:18-cv-10030, 1:18-cv-10031, 1:18-cv-10032, 1:18-cv-10035, 1:18-cv-10036, 1:18-cv-10039, 1:18-cv-10049, 1:18-cv-10060, 1:18-cv-10061, 1:18-cv-10062, 1:18-cv-10063, 1:18-cv-10064, 1:18-cv-10065, 1:18-cv-10066, 1:18-cv-10069, 1:18-cv-10070, 1:18-cv-10071, 1:18-cv-10073, 1:18-cv-10074, 1:18-cv-10076, 1:18-cv-10077, 1:18-cv-10080, 1:18-cv-10082, 1:18-cv-10083, 1:18-cv-10086, 1:18-cv-10096.

USDC SDNY
MASTER DOCKET
1:18-md-02865 (LAK)
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/24

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
2/8/24

**NOTICE OF MOTION OF**
**THE LAW FIRM OF POULOS LOPICCOLO PC**
**SEEKING LEAVE TO WITHDRAW AS COUNSEL TO**
**DEFENDANTS MATTHEW TUCCI AND HIS ASSOCIATED PENSIONS PLANS**

PLEASE TAKE NOTICE that the undersigned attorney of record shall move the Court before the Honorable Lewis A. Kaplan, U.S.D.J., at Courtroom 21B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, on a day and at a time to be determined by the Court, pursuant to Local Civil Rule 1.4, for an Order granting leave for the law firm of Poulos LoPiccolo PC to withdraw as counsel for Defendants Matthew Tucci, The Cardinal Consulting Pension Plan, The Egret Associates LLC 401K Plan, The Crow Associates Pension Plan, The Heron Advisors Pension Plan, The Hoboken Advisors LLC 401K Plan, The Jayfran Blue Pension Plan, The JT Health Consulting LLC 401K Plan, The Lakeview Advisors 401K Plan, The Osprey Associates LLC 401K Plan, The Sandpiper Pension Plan, The Zen Training LLC 401(K) Plan, The Everything Clean LLC 401K Plan, The Jump Group LLC 401K Plan, The Oaks Group Pension Plan, The Wave Maven LLC 401K Plan, The Beech